# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK GUTIERREZ,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CENTER THEATRE GROUP OF LOS ANGELES;** DOES 1-10, AND EACH OF THEM,<br><br>Defendants. | Case No. 8:17-cv-02090-JLS<br><br>**[PROPOSED] ORDER** |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this ____day of January, 2018.

_____
The Honorable Josephine L. Staton