JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK GUTIERREZ,** individually and on behalf of all others similarly situated, | Case No. 8:17-cv-02090-JLS-KES |
| Plaintiff, | **ORDER** |
| vs. | |
| **CENTER THEATRE GROUP OF LOS ANGELES;** DOES 1-10, AND EACH OF THEM, | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 24, 2018

The Honorable Josephine L. Staton
United States District Judge

1